UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DIANE FREAS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRIWEST HEALTHCARE ALLIANCE CORP., AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　　Defendant. | Case No. 2:18-CV-00863-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY AND PRETRIAL MOTION HEARING CUTOFF**<br><br>Complaint Filed: February 26, 2018<br>Complaint Removed: April 9, 2018 |
|---|---|

　　　Plaintiff Diane Freas ("Plaintiff") and Defendant TriWest Healthcare Alliance Corp. ("Defendant") filed a Joint Stipulation to Extend the Non-Expert Discovery Cutoff and Pretrial Motion Hearing Cutoff with this Court on February 19, 2019.

　　　Having reviewed and considered the Stipulation and the pleadings and files in this case, the Court finds that the parties have shown good cause for the request and, therefore, ORDERS the following:

　　　1) That the factual discovery cutoff is extended by 21 days, from March 1, 2019 to March 22, 2019 for the sole purpose of taking Plaintiff's deposition; and

　　　**2)** That the pretrial motion hearing cutoff is extended by 28 days, from March 29, 2019 to April 26, 2019 for the sole purpose of filing a motion for summary judgment.

　　　**3)** All other dates are vacated, to be reset as needed.

**IT IS SO ORDERED.**

Dated: February 21, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE