UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FREAS,<br><br>                Plaintiff,<br><br>vs.<br><br>TRIWEST HEALTHCARE ALLIANCE CORP., AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>                Defendant. | Case No. 2:18-CV-00863-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PRETRIAL MOTION HEARING CUTOFF**<br><br>Complaint Filed: February 26, 2018<br>Complaint Removed: April 9, 2018 |

    Plaintiff Diane Freas ("Plaintiff") and Defendant TriWest Healthcare Alliance Corp. ("Defendant") filed a Joint Stipulation to Extend the Pretrial Motion Hearing Cutoff with this Court on March 22, 2019.

    Having reviewed and considered the Stipulation and the pleadings and files in this case, the Court finds that the parties have shown good cause for the request and, therefore, ORDERS the following:

    1) That the date to file a motion for summary judgement be extended to seven (7) days after Defendant receives Plaintiff's errata to the certified

deposition transcript for Plaintiff's March 19, 2019 deposition;

2) That the pretrial motion hearing cutoff be extended to a date that will be determined at a later time, but will be based off of Defendant's renewed deadline to file its Motion for Summary Judgment; and

3) Defendant will provide notice to this Court of its deadline to file its Motion for Summary Judgement within one business day of receiving the certified deposition transcript and Plaintiff's errata to the certified deposition transcript for Plaintiff's March 19, 2019 deposition.

**IT IS SO ORDERED.**

Dated: March 27, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE