Roman Otkupman, CSBN 249423
Roman@OLFLA.com
Meghan Maertz, CSBN 276976
Meghan@OLFLA.com
**OTKUPMAN LAW FIRM, A LAW CORPORATION**
28632 Roadside Drive, Suite 203
Agoura Hills, CA 91301
Telephone: (818) 293-5623
Facsimile: (888) 850-1310

Attorneys for Plaintiff,
DIANE FREAS

DANIEL G. VALLES (SBN: 269137)
dvalles@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Tel: 415-984-8220
Fax: 833-213-7412
ANDREA CHAVEZ (SBN: 318297)
andrea.chavez@nixonpeabody.com
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
Tel: 213-629-6000
Fax: 213-629-6001

Attorneys for Defendant

TRIWEST HEALTHCARE ALLIANCE CORP.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FREAS, | Case No.: 2:18-CV-00863-CKD |
| Plaintiff, | **ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** |
| vs. | **[FRCP 41(a)(1)(A)(ii)]** |
| TRIWEST HEALTHCARE ALLIANCE CORP., AND DOES 1 THROUGH 100, INCLUSIVE, | |
| Defendant. | |

Pursuant to the stipulation of Plaintiff, Diane Freas and Defendant, Triwest Healthcare Alliance Corp., the Court hereby dismisses the above-entitled lawsuit in its entirety with prejudice. Each party will bear his/its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated: April 23, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE